WINNIE PIPELINE V. HARRINGTON

NO. 07-04-0545-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 5, 2005

______________________________

ANGELITA E. ORTIZ, Individually and as Representative of the

Estate of JOSE FABIAN ORTIZ, Deceased, and as Next Friend

of RONNIE JAY ORTIZ and JOSE FABIAN ORTIZ, JR., Minors,

and ZOILA P. ORTIZ and STEPHANIE ORTIZ as Next Kin of

JOSE FABIAN ORTIZ, DECEASED,

Appellants

V.

SERVICE GIN, INC.,

Appellee

_________________________________

FROM THE 242nd DISTRICT COURT OF HALE COUNTY;

NO. B-33181-0313; HON. ED SELF, PRESIDING

_______________________________

On Motion to Dismiss

_______________________________

Before QUINN, REAVIS and CAMPBELL, JJ.

Angelita E. Ortiz, Individually and as Representative of the Estate of Jose Fabian Ortiz, Deceased, and as Next Friend of Ronnie Jay Ortiz and Jose Fabian Ortiz, Jr., Minors, and Zoila P. Ortiz and Stephanie Ortiz as Next Kin of Jose Fabian Ortiz, Deceased, appellants, and Service Gin, Inc., appellee, by and through their attorneys, have filed a motion to dismiss this appeal because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellants’ request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   

Brian Quinn

   Justice